82,556-01,02

Mr.                                                    2-3-15

    Abel Acosta Sir I am Tedrick D Moyan # 1935097
My Writs were received and presented in your Courts on 12/9/14
~~under~~ under Tr. Ct No W-24035-B-1  WR-82,556-02 and
I know this process takes time Sir, but I was just
wondering if I could find out any legal information
concerning my Writs. I understand that once a decesion
is made your office will notify ᴬᴿᴱ of that ~~decesion~~ decesion.
Is it a certain process that my Writs must go there, ~~and~~
and if so are your ~~allowed~~ allowed to release that process
to the Applicant? If so I would like to know. If
not, then I will have to wait Thanks for Your Time
: Efforts Mr. Abel Acosta and God Bless You.

            - Requestings -
Requesting for any information               Sincerely True
you can give me concerning my                Mr. Tedrick D Moyan
Writs.                                           # 1935097
                                             John Middleton Unit
                                             13055 F.M. ~~305~~ 3522
RECEIVED IN                                  Abilene Tx 79601
COURT OF CRIMINAL APPEAL:

FEB 09 2015

Abel Acosta, Clerk